United States District Court
Middle District of Florida
Jacksonville Division

**PATRICIA ANN GRIFFIS,**

    *Plaintiff,*

v.                                                                                                  NO. 3:20-cv-340-J-39PDB

**COMMISSIONER OF SOCIAL SECURITY,**

    *Defendant.*

___

# Order

In this action challenging the Commissioner of Social Security's denial of Patricia Ann Griffis's applications for benefits, the Commissioner moves to stay the case for sixty days or until the Social Security Administration can prepare the transcript of the agency record. Doc. 10. Griffis has no opposition. Doc. 10 at 3.

In a denial-of-benefits case, as part of the Commissioner's answer, the Commissioner must "file a certified copy of the transcript of the record including the evidence upon which the findings and decision complained of are based." 42 U.S.C. § 405(g). The Commissioner explains that, because of the novel coronavirus pandemic, the Social Security Administration has suspended in-person services to the public to focus on providing critical services remotely and employee access is limited as work is performed remotely. Doc. 10 at 1–2. The Commissioner explains the Office of Appellate Operations in Virginia compiles the transcript for each case, and their operations have been "significantly impacted" since employees began teleworking on March 16, 2020. Doc. 10 at 2. The Commissioner requests that, "[g]iven the volume of pending cases," the Court "stay the proceedings in this case for sixty days [] or until such time as [the Commissioner] is able to produce a certified transcript of the record, whichever comes sooner." Doc. 10 at 3.

2

    Because there is no opposition and the Commissioner presents good cause, the Court **grants** the motion, Doc. 10, and **stays** the case through September 21, 2020. The clerk is directed to administratively close the file for the duration of the stay.

    **Ordered** in Jacksonville, Florida, on July 22, 2020.

                                                PATRICIA D. BARKSDALE
                                              *United States Magistrate Judge*

c:    Counsel of record